**Robert DINKINS Plaintiff-Appellant**

v.

**State of MISSOURI; Missouri Department of Corrections Defendants-Appellees**

**Correctional Medical Services; John Does, Medical Doctors; Phillip Lange; Morgan Logan Defendants**

**No. 16-2583**

United States Court of Appeals, Eighth Circuit.

Submitted: March 28, 2017

Filed: March 30, 2017

Robert Dinkins, Pro Se

Nicholas S. Beydler, University of Missouri, Columbia, MO, Cara Stuckel, Assistant Attorney General, Attorney General's Office, Jefferson City, MO, for Defendants-Appellees

Andrew F. Babitz, Peter J. Dunne, Pitzer & Snodgrass, Saint Louis, MO, Jessica L. Liss, Jackson & Lewis, Saint Louis, MO, for Defendant Correctional Medical Services

Julianne O'Bannon Germinder, Assistant Attorney General, Attorney General's Office, Jefferson City, MO, for Defendants Phillip Lange, Morgan Logan

Before GRUENDER, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate Robert Dinkins appeals the district court's[1] entry of judgment in favor of defendants following an adverse jury verdict in his civil action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms, and rejects Dinkins's claims as meritless.

The judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).